UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CASE NO. CR15-120-JCC |
| v. | DETENTION ORDER |
| SON V. TRAN, | |
| Defendant. | |

Offense charged:    Conspiracy to Distribute Controlled Substances; Forfeiture Allegations

Date of Detention Hearing:    April 24, 2015.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant has been charged with a drug offense, the maximum penalty of which is in excess of ten years. There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

DETENTION ORDER
PAGE - 1

2. Defendant is alleged to be a leader of the drug trafficking organization, the activities of which form the basis for the Indictment. The government contends that his only source of income was activities from the drug conspiracy.

3. Defendant is a native of Vietnam, with permanent resident status in the United States. He alleges that his passport has been lost. He is 28 years old, with a past criminal history that includes several assault charges including a kidnapping conviction and VUCSA charges. The AUSA contends there is evidence the defendant supplied a firearm to another member of the drug conspiracy for purposes of dealing with a suspected "snitch".

4. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

///

///

///

DETENTION ORDER
PAGE - 2

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this <u>24th</u> day of April, 2015.

_____
Mary Alice Theiler
United States Magistrate Judge