THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SON V. TRAN, *et al.*,<br><br>　　　　Defendants. | CASE NO. CR15-0120-JCC<br><br>MINUTE ORDER |

　　　The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

　　　This matter comes before the Court on the Government's motion to continue trial and the pretrial motion cutoff date (Dkt. No. 329). The Government's motion sets forth many factors in support of continuing the trial and excluding the consequent delay: (a) the number of defendants charged; (b) the nature of the prosecution, which includes wiretaps over four separate phone lines, with many calls in a foreign language; (c) the volume of discovery produced, and still to be produced; and (d) the fact that some counsel have only recently been retained and/or appointed in this matter, and have not had sufficient chance to review the discovery produced to date. (Dkt. No. 329 at 5-7.)

　　　Given the complexity of the case, the number of defendants, and the volume of discovery produced, and still to be produced, the Court FINDS that more time is necessary for counsel to

prepare for trial. Thus, the Court FINDS that failure to grant the continuance in this case would be a miscarriage of justice and would deny counsel the reasonable time necessary for effective preparation. *See* 18 U.S.C. § 3161(h)(7)(B)(i),(iv). The Court further FINDS that the ends of justice will best be served by a continuance and that these factors outweigh the best interests of the public and the defendants in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

It is hereby ORDERED that the trial date for the jury trial in this case is continued as to all defendants until April 18, 2016 at 10:00 a.m. This is a reasonable period of delay given that the majority of the defendants have indicated they require more time to prepare for trial. *See* 18 U.S.C. § 3161(h)(6),(7). It is further ORDERED that the time between this date and the new trial date is excluded in computing the time within which a trial must be held pursuant to 18 U.S.C. § 3161, *et seq*.

It is further ORDERED that pretrial motions shall be filed no later than February 19, 2016. It is further ORDERED that all stipulating Defendants, to the extent they have not already done so, shall file speedy trial waivers to encompass the amended trial date. Such waivers shall be filed no later than October 16, 2015.

DATED this 7 day of October 2015.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk