THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TUAN A. VU, *et al.*,<br><br>　　　　　Defendant,<br><br>UYEN TRAN,<br><br>　　　　　Third-Party Petitioner. | CASE NO. CR15-0120-JCC<br><br>ORDER APPROVING STIPULATED SETTLEMENT AGREEMENT |

　　This matter comes before the Court on the stipulated agreement between the United States and Petitioner Uyen Tran to settle Petitioner's claims as to a 2007 BMW 525i, with Washington State License Plate No. ATG7666 (Dkt. No. 1045). The stipulated settlement agreement is hereby APPROVED.

　　DATED this 25th day of October 2017.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER APPROVING STIPULATED
SETTLEMENT AGREEMENT
PAGE - 1